ESTELLE D. BOWERS, Respondent, *v.* FREDERICK C. DURANT et al., Appellants.

(Submitted January 18, 1887; decided January 25, 1887.)

*Carlisle Norwood, Jr.,* for appellants.

*John M. Bowers* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.